# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE FUKUOKA
FAMILY COURT IN FUKUOKA, JAPAN
IN THE MATTER OF JUNICHI
YOKOYAMA V. YUKIKO YOKOYAMA

Case No. 24-mc-23 (TNL)

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the Fukuoka Family Court in Fukuoka, Japan, in *Junichi Yokoyama v. Yukiko Yokoyama*, Foreign Reference Number V-28, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from U.S. Bank, for use in connection with a judicial proceeding in the Fukuoka Family Court in Fukuoka, Japan; and

WHEREAS upon review of the letters rogatory request issued by the Fukuoka Family Court in Fukuoka, Japan, in *Fukuoka Family Court*, seeking evidence from a person that can be found within the jurisdiction of this Court for use in said judicial proceedings in Japan, and the Court being fully informed in the premises.

THEREFORE, IT IS HEREBY ORDERED, pursuant to the authority contained in 28 U.S.C. § 1782(a), that Agatha Koprowski, Trial Attorney for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from U.S. Bank for transmission to the U.S. Department of Justice, Office of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Fukuoka Family Court in Fukuoka, Japan, in *Junichi Yokoyama v. Yukiko Yokoyama*;

2

and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS HEREBY FURTHER ORDERED that the Office of International Judicial Assistance shall provide U.S. Bank in St. Paul, Minnesota with a copy of this Order and the accompanying documents.

Dated: November 1, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota